1  Jonathan W. Carlson (Nevada Bar No. 10536)
   MCCORMICK BARSTOW, LLP
2  8337 W. Sunset Road, Suite 350
   Las Vegas, Nevada 89113
3  Telephone: (702) 919-1100
   Facsimile: (702) 949-1101
4  Email: jonathan.carlson@mccormickbarstow.com

5  Attorneys for Defendant
   UNITED AIRLINES, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                         DISTRICT OF NEVADA
9

10

11 AARON LEWIS MORROW,                    Case No.: 3:22-cv-00155-LRH-CSD
   individually;
12
              Plaintiff,
13

14      vs.

15
   UNITED AIRLINES, INC., a Foreign
16 Corporation; DOE EMPLOYEE,
   individually; DOE MANAGER,
17 individually; DOES I – XX, inclusive;
   and ROE CORPORATIONS I – XX,
18 inclusive,
19
              Defendants.
20

21

22 **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN**

23 **ANSWER TO PLAINTIFF MORROW'S COMPLAINT (FIRST REQUEST)**

24        Defendant United Airlines, Inc. (hereinafter, "United"), by and through its

25 attorneys of record at McCormick Barstow, and Plaintiff Aaron Lewis Morrow, by

26 and through his attorneys of record at Mainor Wirth, hereby submit the following

27 STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN

28 ANSWER TO PLAINTIFF MORROW'S COMPLAINT (FIRST REQUEST).

1 The parties stipulate to extend the time for United to file an answer to the
2 Complaint, through May 4, 2022.

3

4 Dated: April 7, 2022            McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP

                                                 *Electronic Signature Approved*

                                  By:        /s/ *Jonathan W. Carlson*
                                                      Jonathan W Carlson
                                                   Attorneys for Defendant
                                                    United Airlines, Inc.


                                                      MAINOR WIRTH, LLP

Dated: April 8, 2022                    *Electronic Signature Approved*

                                 By:         /s/ *Tex J. Boonjue*
                                                      Tex J. Boonjue
                                                   Attorneys for Plaintiff
                                                   Aaron Lewis Morrow


        **IT IS SO ORDERED.**

Dated:   April 11, 2022.

                                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE