# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON LEWIS MORROW, individually; | Case No.: 3:22-cv-00155-LRH-CSD |
| Plaintiff, | |
| vs. | ORDER TO REMAND |
| UNITED AIRLINES, INC. a Foreign Corporation; DOE EMPLOYEE, individually; DOE MANAGER, individually; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive, | |
| Defendants. | |

The parties, Defendant, UNITED AIRLINES, INC, by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman and Dicker, LLP, by Mark C. Severino, Esq., and Plaintiff, AARON LEWIS MORROW, by and through his counsel of record, Mainor Worth, LLP, by Joseph Guindy, Esq., hereby submit the following STIPULATION/JOINT MOTION FOR REMAND:

1. The parties agree that the amount in controversy does not exceed $75,000;
2. The Plaintiff, AARON LEWIS MORROW, agrees that he shall not seek, nor shall he recover, damages in excess of $75,000;
3. The case should be remanded to state court for lack of jurisdiction;
4. Upon remand, Plaintiff's potential damages shall be capped at $75,000 inclusive of all attorney's fees, costs, expenses, interest, and/or any other financial relief he could potentially seek;

Page 1 of 2

5. Neither party shall seek fees, costs, or other expenses associated with this motion for remand.

Accordingly, the instant joint motion and order to remand the case to state court is hereby submitted.

DATED this _26th_ day of April, 2022.  DATED this _26th_ day of April, 2022.

**MAINOR WORTH, LLP**  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ JOSEPH GUINDY  /s/ MARK C. SEVERINO
Joseph Guindy, Esq.  Mark C. Severino
Nevada Bar No. 15556  Nevada Bar No. 14117
6018 S. Fort Apache Rd., Suite 150  6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89148  Las Vegas, NV 89119
*Attorney for Plaintiff*  *Attorneys for Defendant*

IT IS SO ORDERED.

Dated this  2nd  day of  May, 2022.

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

270373312v.1